IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3160 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES L. GLASS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case has been removed from the trial docket and a change of plea hearing is set for March 4, 2008.

IT THEREFORE HEREBY IS ORDERED,

Defendant's motion for extension of deadline to file pretrial motions, filing 26, is denied as moot.

DATED this 1st day of February, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge