AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America  )
v.  )
James L. Glass  )   Case No: 4:07CR3160
)   USM No: 21823-047
Date of Original Judgment: 07/25/2008  )
Date of Previous Amended Judgment:  )   David R. Stickman
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  130 months  **months is reduced to**  120 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**Filings 69, 72 and 73 are granted as provided herein.**

Except as otherwise provided, all provisions of the judgment dated  07/25/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/28/2012                       s/ Richard G. Kopf
                                              *Judge's signature*

Effective Date: 02/28/2012                   Richard G. Kopf, Senior U.S. District Judge
*(if different from order date)*              *Printed name and title*